Marcus B. Smith
marcus.smith@lewisbrisbois.com
Nevada Bar. No. 12098
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702-693-4335

*Attorney for Defendant 888 Holdings PLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS PLC,<br><br>Defendant. | Case No. 2:16-cv-0856-RCJ-VCF<br><br>**STIPULATON AND ORDER TO EXTEND DEADLINE FOR DEFENDANT 888 HOLDINGS PLC TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC ("Plaintiffs") and Defendant 888 Holdings PLC, ("Defendant"), by and through their respective counsel, hereby stipulate to and jointly request an extension of time up to and including July 13, 2016 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) filed on April 14, 2016. The current deadline to respond is June 30, 2016. The purpose of this request is for Plaintiffs and Defendant to discuss the named parties in the pleadings, amend the pleadings to include additional defendants as necessary, and allow time for any new defendants to answer or otherwise respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith because of the complexity of this action and is not intended for purposes of delay. This is the first request for an extension of time to respond to the Complaint.

DATED this 29th day of June, 2016.

LEWIS BRISBOIS BRISGAARD & SMITH LLP

/s/ Marcus B. Smith
Marcus B. Smith
Nevada Bar. No. 12098
6385 South Rainbow Blvd. Suite 600
Las Vegas, NV 89118

*Attorney for Defendant 888 Holdings PLC*

DATED this 29th day of June, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Erica J. Chee
Molly M. Rezac
Nevada Bar No. 7435
Erica J. Chee
Nevada Bar No. 12238
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

FINNEGAN, HENDERSON, FARABOW, GARRETT &DUNNER, LLP
Robert F. Shaffer  (*Admitted Pro Hac Vice*)
James R. Barney  (*Admitted Pro Hac Vice*)
Anthony D. Del Monaco (*Admitted Pro Hac Vice*)
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE MAGISTRATE
DATED: 6/30/16 _____

- 2 -