Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369-6800
Fax:  702.369.6888

Robert F. Shaffer
robert.shaffer@finnegan.com
District of Columbia Bar No. 472423 (*Pro Hac Vice*)
James R. Barney
james.barney@finnegan.com
District of Columbia Bar No. 473732 (*Pro Hac Vice*)
Anthony D. Del Monaco
anthony.delmonaco@finnegan.com
District of Columbia Bar No. 978164 (*Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Fax:  202.408.4400

*Attorneys for Plaintiffs CG Technology Development, LLC;*
*Interactive Games Limited; and Interactive Games LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS PLC,<br><br>Defendant. | Case No.:  2:16-cv-00856-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs CG Technology Development,

LLC, Interactive Games Limited, and Interactive Games LLC ("Plaintiffs") and Defendant 888

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Holdings, PLC ("Defendant"), by and through their respective counsel, have agreed to a ten-day extension of time for Plaintiffs to file their opposition to Defendant's Motion to Dismiss filed on August 12, 2016.  (ECF No. 23.)  The current deadline for Plaintiffs to file their opposition is Monday, August 29, 2016.  The parties respectfully request that the opposition deadline be extended up to and including Thursday, September 8, 2016.  Plaintiffs have requested this extension because of the need for additional time to address the complexities of Defendant's motion.

Defendant separately requests that the Court note that Defendant filed a Notice and joined the arguments in the motion to dismiss filed in the related *CG Technology Development, LLC, et al. v. Double Down Interactive, Inc.*, Case No. 2:16-cv-00858-RCJ-VCF, action.  (ECF No. 26.)  On August 18, 2016, the Court set a hearing for **October 6, 2016 at 9:00 a.m. in LV Courtroom 4B** on the motion to dismiss in the *Double Down* action.  (Case No. 2:16-cv-00858-RCJ-VCF, ECF No. 54.)  Defendant requests that the Court set its Motion to Dismiss for hearing at the same time as in the related case, as this Extension permits the Defendant's Motion to Dismiss to be fully briefed in time for participation in the hearing.  Plaintiffs take no position on Defendant's request.

This is the parties' first request for an extension of time for Plaintiffs to file their opposition to Defendants' Motion to Dismiss.

This stipulation is made in good faith and is not intended for purposes of delay.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY STIPULATED:

    1.    Plaintiffs will have up to and including **Thursday**, **September 8, 2016** to file their opposition to Defendant's Motion to Dismiss.

Dated: August 24, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Erica J. Chee*_____
    Molly M. Rezac
    Nevada Bar No. 7435
    Erica J. Chee
    Nevada Bar No. 12238
    3800 Howard Hughes Parkway, Suite 1500
    Las Vegas, NV  89169

    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
    Robert F. Shaffer (*Admitted Pro Hac Vice*)
    James R. Barney (*Admitted Pro Hac Vice*)
    Anthony D. Del Monaco (*Admitted Pro Hac Vice*)
    901 New York Avenue, NW
    Washington, DC 20001-4413

    *Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

Dated: August 24, 2016

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Cayla Witty*_____
    Cayla Witty
    Nevada Bar No. 12897
    6385 South Rainbow Blvd., Suite 600
    Las Vegas, NV 89118

    DENTONS US LLP

    William M. Gantz (*Petition to Practice Pro Hac Vice filed August 12, 2016*)
    David R. Metzger (*Petition to Practice Pro Hac Vice filed August 12, 2016*)
    233 South Wacker Drive, Suite 5900
    Chicago, IL 60606-6361

    *Attorneys for Defendant 888 Holdings PLC*

**ORDER**

IT IS SO ORDERED:

Dated: _____

By: _____
    UNITED STATES DISTRICT JUDGE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800