Cayla Witty
Nevada Bar. No. 12897
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702-693-4392
cayla.witty@lewisbrisbois.com

William M. Gantz (*has complied with* LR IA 11-2)
David R. Metzger (*has complied with* LR IA 11-2)
Daniel A. Valenzuela (*has complied with* LR IA 11-2)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
bill.gantz@dentons.com
david.metzger@dentons.com
daniel.valenzuela@dentons.com

*Attorney for Defendant 888 Holdings PLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> 888 HOLDINGS PLC, <br><br> Defendant. | Case No. 2:16-cv-000856-RCJ-VCF <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING TIME FOR DEFENDANT TO REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiffs CG Technology Development, LLC ("CG Tech"), Interactive Games Limited ("IG Limited"), and Interactive Games LLC ("IG LLC") (collectively "Plaintiffs"), and Defendant 888 Holdings PLC ("Defendant"), by and through their undersigned counsel, hereby agree to extend time for Defendant to reply in support of its Motion to Dismiss the First Amended Complaint (ECF No. 23) filed on August 12, 2016, and stipulate as follows:

1.    Plaintiffs filed their First Amended Complaint for Patent Infringement on July 11, 2016 (ECF No. 19).

2.      On August 12, 2016, Defendant filed a Motion to Dismiss all counts of the First Amended Complaint under Fed. R. Civ. P 12(b)(6) (ECF No. 23).

3.      By Stipulation and agreement of the parties (ECF No. 33), the court entered an extension for the Plaintiffs to file a Response to the Motion to Dismiss on or before September 8, 2016 (ECF No. 35).

4.      On September 8, 2016, Plaintiffs filed a Response (ECF No. 36).

5.      Defendants' Reply is currently due to be filed on September 19, 2016 (ECF. No. 36).

6.      The parties agree and stipulate that the deadline for Defendant to file its Reply in further support of the Motion to Dismiss (ECF No. 23) shall be extended by an additional seven (7) days, until September 26, 2016.

7.      This is the first request for an extension of this deadline.  This stipulation is made in good faith because of the complexity of this action and not in an attempt to delay proceedings.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

4825-5380-6136.1

1      8.     Nothing contained herein shall be deemed an admission or waiver of any right

2  belonging to any party hereto.

3  **IT IS SO STIPULATED:**

4  DATED this 14th day of September 2016.          DATED this 14th day of September 2016.

5  /s/ Cayla Witty                                 */s/ Molly M. Rezac*

6  _____                _____

7  Cayla Witty                                     Molly M. Rezac
   Nevada Bar. No. 12897                           Nevada Bar No. 7435
8  LEWIS BRISBOIS BRISGAARD & SMITH                Erica J. Chee
   LLP                                             Nevada Bar No. 12238
9  6385 South Rainbow Blvd., Suite 600             OGLETREE, DEAKINS, NASH, SMOAK
   Las Vegas, NV 89118                             &STEWART, P.C.
10 Telephone: 702-693-4392                         3800 Howard Hughes Parkway, Suite 1500
11 Cayla.witty@lewisbrisbois.com                   Las Vegas, NV 89169

12 William M. Gantz (*has complied with* LR IA     FINNEGAN, HENDERSON, FARABOW,
   11-2)                                           GARRETT &DUNNER, LLP
13 David R. Metzger (*has complied with* LR IA     Robert F. Shaffer  (*Admitted Pro Hac Vice*)
   11-2)                                           James R. Barney  (*Admitted Pro Hac Vice*)
14 Daniel A. Valenzuela (*has complied with* LR    Anthony D. Del Monaco (*Admitted Pro Hac
   IA 11-2)                                        Vice*)
15 DENTONS US LLP                                  901 New York Avenue, NW
   233 South Wacker Drive, Suite 5900              Washington, DC 20001-4413
16 Chicago, IL 60606-6361                          Telephone: 202-408-4000
   Telephone: 312-876-8000
17 bill.gantz@dentons.com
   david.metzger@dentons.com                       *Attorneys for Plaintiffs CG Technology*
18 daniel.valenzuela@dentons.com                   *Development, LLC; Interactive Games Limited;*
                                                   *and Interactive Games LLC*
19 *Attorney for Defendant 888 Holdings PLC*

20

21

22

23                                                 **IT IS SO ORDERED:**

24

25                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
26

27                                                 DATED this ___ day of _____, 2016.

28

- 3 -