# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## ***

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>FANDUEL, INC., *et al.*,<br><br>　　　　　　　Defendants. | Lead case no. 2:16-cv-00856-RCJ-VCF<br>Consol. with case nos. 2:16-cv-00858-RCJ-VCF<br>and 2:16-00871-RCJ-VCF<br>**<u>ORDER</u>** |

Before the Court is *CG Technology Development, LLC, et al., vs. Fanduel, Inc., et al.*, case no. 2:16-cv-00856-RCJ-VCF. On July 27, 2017, Judge Jones issued an order in this case. (ECF No. 219).

Accordingly,

IT IS HEREBY ORDERED that a status hearing to discuss any pending matters, is scheduled for 11:00 AM, August 9, 2017, in Courtroom 3D.

DATED this 31st day of July, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE