Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada  89511
Telephone:  (775) 324-4100
Facsimile:   (775) 333-8171
Email:  mrounds@bhfs.com
        ayowell@bhfs.com

Evan M. Rothstein
*Admitted Pro Hac Vice*
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 90202
Telephone: (303) 223-1100
Email: erothstein@bhfs.com

*Attorneys for Defendants Bwin.Party Digital
Entertainment, PLC; Bwin.Party (USA), Inc., and
Bwin.Party Entertainment (NJ), LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>BWIN.PARTY DIGITAL ENTERTAINMENT, PLC; BWIN.PARTY (USA), INC.; and BWIN.PARTY ENTERTAINMENT (NJ), LLC,<br><br>        Defendants. | Case No.:  2:16-cv-00856-RCJ-VCF<br><br>*Member Case:*<br>2:16-cv-00801-RCJ-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL BWIN DEFENDANTS' DOCUMENT PRODUCTION (ECF NO. 203) AND REPLY TO RESPONSE**<br><br>**(FIRST REQUEST)** |

Plaintiffs CG Technology Development, LLC ("CG Tech"), Interactive Games Limited ("IG

Limited"), and Interactive Games LLC ("IG LLC") (collectively "Plaintiffs"), and Defendants

Bwin.Party Digital Entertainment, PLC ("Bwin PLC"), Bwin.Party (USA), Inc. ("Bwin, Inc."),

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel. 775-324-4100
Fax. 775-333-8171

1

and Bwin.Party Entertainment (NJ), LLC ("Bwin LLC") (collectively "Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1.      Plaintiffs filed their Plaintiffs' Motion to Compel Bwin Defendants' Document Production on July 17, 2017 (ECF No. 203).

2.      The current deadline for Defendants to reply to Plaintiffs' motion is July 31, 2017.

3.      The parties agree and stipulate that the deadline for Defendants to reply to Plaintiffs' motion (ECF. No. 203) shall be extended by an additional three (3) days, until August 3, 2017.

4.      The parties additionally agree that the deadline for Plaintiffs to reply to Defendants' response shall be extended to August 14, 2017.

5.      This is the first request for an extension of this deadline.  This stipulation is made in good faith because of the complexity of this action and not in an attempt to delay proceedings.

6.      Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

**IT IS SO STIPULATED:**

Dated this 31st day of July, 2017.

By:  /s/ Molly M. Rezac                         .
    Molly M. Rezac, Esq.
    Nevada Bar No. 7435
    *molly.rezac@ogletreedeakins.com*
    Erica J. Chee, Esq.
    Nevada Bar No. 12238
    *erica.chee@ogletreedeakins.com*
    OGLETREE, DEAKINS, NASH
    SMOAK & STEWART, P.C.
    3800 Howard Hughes Parkway, Suite 1500
    Las Vegas, Nevada  89169
    Telephone:  (702) 369-6800
    Facsimile:  (702) 369-6888

Dated this 31st day of July, 2017.

By: /s/ Michael D. Rounds
    Michael D. Rounds, Esq.
    Nevada Bar No. 4734
    *mrounds@bhfs.com*
    Adam K. Yowell
    Nevada Bar No. 11748
    *ayowell@bhfs.com*
    BROWNSTEIN HYATT FARBER
    SCHRECK, LLP
    5371 Kietzke Lane
    Reno, Nevada 89511
    Telephone: (775)324-4100
    Facsimile: (775)333-8171

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel. 775-324-4100
Fax. 775-333-8171

1   Robert F. Shaffer
    *Admitted Pro Hac Vice*
2   James R. Barney
    *Admitted Pro Hac Vice*
3   Anthony D. Del Monaco
    *Admitted Pro Hac Vice*
4   Scott A. Allen
    *Admitted Pro Hac Vice*
5   Abdul Ghani Saad Hamadi
    *Admitted Pro Hac Vice*
6   FINNEGAN, HENDERSON,
    FARABOW, GARRETT & DUNNER,
7   LLP
    901 New York Avenue, NW
8   Washington, DC 20001-4413
    Telephone: (202) 408-4000
9   Facsimile: (202) 408-4400

10  *Attorneys for Plaintiffs CG Technology*
    *Development, LLC; Interactive Games*
11  *Limited; and Interactive Games LLC*

Evan M. Rothstein
*Admitted Pro Hac Vice*
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 90202
Telephone: (303) 223-1100

*Attorneys for Defendants Bwin.Party*
*Digital, Entertainment, PLC; Bwin.Party*
*(USA), Inc., and Bwin.Party*
*Entertainment (NJ), LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED this _____ day of _____, 2017.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel. 775-324-4100
Fax. 775-333-8171

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
5371 Kietzke Lane
Reno, Nevada 89511
Tel. 775-324-4100
Fax. 775-333-8171

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 31st day of July, 2017, I served the document entitled **STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL BWIN DEFENDANTS' DOCUMENT PRODUCTION (ECF NO. 203) AND REPLY TO RESPONSE**, on the parties listed below via the following:

Molly M. Rezac
molly.rezac@ogletreedeakins.com

Erica J. Chee
erica.chee@ogletreedeakins.com

Anthony D Del Monaco
Anthony.delmonaco@finnegan.com

James R. Barney
james.barney@finnegan.com

Robert F. Shaffer
robert.shaffer@finnegan.com

☐ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐ **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐ **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

*/s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber
Schreck, LLP