Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
       ayowell@bhfs.com

Evan M. Rothstein
*Admitted Pro Hac Vice*
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 90202
Telephone: (303) 223-1100
Email: erothstein@bhfs.com

*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BWIN.PARTY DIGITAL ENTERTAINMENT, PLC; BWIN.PARTY (USA), INC.; and BWIN.PARTY ENTERTAINMENT (NJ), LLC,<br><br>Defendants. | Case No.: 2:16-cv-00856-RCJ-VCF<br><br>*Member Case:*<br>2:16-cv-00801-RCJ-VCF<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL BWIN DEFENDANTS' DOCUMENT PRODUCTION (ECF NO. 203) AND REPLY TO RESPONSE**<br><br>**(FIRST REQUEST)** |

Plaintiffs CG Technology Development, LLC ("CG Tech"), Interactive Games Limited ("IG Limited"), and Interactive Games LLC ("IG LLC") (collectively "Plaintiffs"), and Defendants Bwin.Party Digital Entertainment, PLC ("Bwin PLC"), Bwin.Party (USA), Inc. ("Bwin, Inc."),

1

and Bwin.Party Entertainment (NJ), LLC ("Bwin LLC") (collectively "Defendants"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1. Plaintiffs filed their Plaintiffs' Motion to Compel Bwin Defendants' Document Production on July 17, 2017 (ECF No. 203).

2. The current deadline for Defendants to reply to Plaintiffs' motion is July 31, 2017.

3. The parties agree and stipulate that the deadline for Defendants to reply to Plaintiffs' motion (ECF. No. 203) shall be extended by an additional three (3) days, until August 3, 2017.

4. The parties additionally agree that the deadline for Plaintiffs to reply to Defendants' response shall be extended to August 14, 2017.

5. This is the first request for an extension of this deadline. This stipulation is made in good faith because of the complexity of this action and not in an attempt to delay proceedings.

6. Nothing contained herein shall be deemed an admission or waiver of any right belonging to any party hereto.

**IT IS SO STIPULATED:**

Dated this 31st day of July, 2017.　　　　　　　　Dated this 31st day of July, 2017.

By: /s/ *Molly M. Rezac*　　　　　　　　　　　　By: /s/ *Michael D. Rounds*
　　Molly M. Rezac, Esq.　　　　　　　　　　　　　Michael D. Rounds, Esq.
　　Nevada Bar No. 7435　　　　　　　　　　　　　Nevada Bar No. 4734
　　*molly.rezac@ogletreedeakins.com*　　　　　　　*mrounds@bhfs.com*
　　Erica J. Chee, Esq.　　　　　　　　　　　　　　Adam K. Yowell
　　Nevada Bar No. 12238　　　　　　　　　　　　　Nevada Bar No. 11748
　　*erica.chee@ogletreedeakins.com*　　　　　　　*ayowell@bhfs.com*
　　OGLETREE, DEAKINS, NASH　　　　　　　　　　BROWNSTEIN HYATT FARBER
　　SMOAK & STEWART, P.C.　　　　　　　　　　　SCHRECK, LLP
　　3800 Howard Hughes Parkway, Suite 1500　　　5371 Kietzke Lane
　　Las Vegas, Nevada 89169　　　　　　　　　　　Reno, Nevada 89511
　　Telephone: (702) 369-6800　　　　　　　　　　Telephone: (775)324-4100
　　Facsimile: (702) 369-6888　　　　　　　　　　Facsimile: (775)333-8171

Robert F. Shaffer
*Admitted Pro Hac Vice*
James R. Barney
*Admitted Pro Hac Vice*
Anthony D. Del Monaco
*Admitted Pro Hac Vice*
Scott A. Allen
*Admitted Pro Hac Vice*
Abdul Ghani Saad Hamadi
*Admitted Pro Hac Vice*
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER,
LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

Evan M. Rothstein
*Admitted Pro Hac Vice*
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 90202
Telephone: (303) 223-1100

*Attorneys for Defendants Bwin.Party Digital, Entertainment, PLC; Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this  1st  day of  August , 2017.

3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 31st day of July, 2017, I served the document entitled **STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL BWIN DEFENDANTS' DOCUMENT PRODUCTION (ECF NO. 203) AND REPLY TO RESPONSE**, on the parties listed below via the following:

Molly M. Rezac
molly.rezac@ogletreedeakins.com

Erica J. Chee
erica.chee@ogletreedeakins.com

Anthony D Del Monaco
Anthony.delmonaco@finnegan.com

James R. Barney
james.barney@finnegan.com

Robert F. Shaffer
robert.shaffer@finnegan.com

☐ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the foregoing.

☐ **VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by the facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which it was transmitted.

☐ **BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF system which served the foregoing parties electronically.

*/s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP