Adam J. Pernsteiner
Nevada State Bar. No. 007862
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd. Suite 600
Las Vegas, NV 89118
Telephone: 702-893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com

William M. Gantz (*Admitted pursuant to* LR IA 11-2)
David R. Metzger (*Admitted pursuant to* LR IA 11-2)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone; 312-876-8000
Email: bill.gantz@dentons.com
Email: david.metzger@dentons.com

Derek A. Auito (*Admitted pursuant to* LR IA 11-2)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756
Email: derek.auito@dentons.com

*Attorneys for Defendant 888 Holdings PLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC<br><br>Plaintiffs,<br><br>v.<br><br>888 HOLDINGS PLC,<br><br>Defendant. | Case No. 2:16-cv-00856-RCJ-VCF<br>CONSOLIDATED FOR PRETRIAL PURPOSES ONLY WITH<br>Case No. 2:16-cv-00801-RCJ-VCF<br><br>**REQUEST FOR TELEPHONIC APPEARANCE** |

Pursuant to the Court's July 31, 2017 Order [Doc # 59], Defendant 888 Holdings PLC ("888"), by and through its undersigned counsel, hereby respectfully requests that its lead counsel, Bill Gantz, be allowed to appear by telephone at the status hearing scheduled to occur at 11:00 AM, August 9, 2017, in Courtroom 3D. Mr. Gantz, because of scheduling conflicts and other considerations such as the expense associated with making travel arrangements on short

notice, has conferred with counsel for Plaintiffs as to this request and they have no objection to him appearing by telephone on behalf of 888.

Dated August 2, 2017

/s/Adam J. Pernsteiner
William M. Gantz (*Admitted pursuant to LR IA 11-2*)
David R. Metzger (*Admitted pursuant to LR IA 11-2*)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Telephone: 312-876-8000
Email: bill.gantz@dentons.com
Email: david.metzger@dentons.com

Derek A. Auito (*Admitted pursuant to LR IA 11-2*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: derek.auito@dentons.com

Adam J. Pernsteiner
Nevada State Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702-893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com
*Attorneys for Defendant 888 Holdings PLC*

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-2-2017



4844-4804-7436.1                                2                                2:16-CV-01655-APG-GFW
Request for Telephonic Appearance

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on this 2nd day of August, 2017, I did cause a true copy of **REQUEST FOR TELEPHONIC APPEARANCE** to be served via electronic service by the U.S. District Court CM/ECF system to all parties on the electronic service list therein.

/s/ Anne Cordell
An employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

104500215\V-1