Adam J. Pernsteiner
Nevada State Bar. No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com

John M. Desmarais (admitted *pro hac vice*)
Paul A. Bondor (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Email: jdesmarais@desmaraisllp.com
Email: pbondor@desmaraisllp.com
Email: jwilcox@desmaraisllp.com
Email: amodi@desmaraisllp.com
Email: bmatty@desmaraisllp.com

*Attorneys for Defendant Double Down Interactive, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUBLE DOWN INTERACTIVE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00858-RCJ-VCF<br><br>*Consolidated with:*<br>2:16-cv-00856-RCJ-VCF (Lead Case)<br>2:16-cv-00871-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR A LIMITED STAY PENDING RESOLUTION OF SETTLEMENT EFFORTS** |

Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC ("Plaintiffs") and Defendant Double Down Interactive, LLC ("Double Down"), by and through their respective counsel, stipulate as follows:

1. The parties are currently engaged in settlement discussions and have reached an agreement in principle to resolve their disputes.

4847-9062-5100.1

1   2. The parties wish to stay all deadlines in only this action—2:16-cv-00858-RCJ-VCF—for 14 days to allow the parties time to prepare the appropriate settlement documentation and in anticipation of a jointly stipulated dismissal of this action.

3. Plaintiffs and Double Down agree that if this action is stayed but the parties are unable to reach a final resolution of the settlement, the parties will promptly inform the Court and reschedule the appropriate deadlines to ensure that this case will proceed with the other consolidated cases.

…

4847-9062-5100.1                                     2

THEREFORE, the parties request the Court issue an Order to:

- Stay this action between Plaintiffs and Double Down, Case No. 2:16-cv-00858-RCJ-VCF, for 14 days to allow the parties time to prepare the appropriate settlement documentation.

IT IS HEREBY STIPULATED.

Dated: August 8, 2017 | Dated: August 8, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _/s/ Anthony Del Monaco_____

Molly M. Rezac
Nevada Bar No. 7435
Erica J. Chee
Nevada Bar No. 12238
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Robert F. Shaffer (*Admitted Pro Hac Vice*)
James R. Barney (*Admitted Pro Hac Vice*)
Anthony D. Del Monaco (*Admitted Pro Hac Vice*)
Scott A. Allen (*Admitted Pro Hac Vice*)
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Brian Matty_____

Adam J. Pernsteiner
Nevada State Bar No. 007862
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel:  (702) 893-3383
Email:  adam.pernsteiner@lewisbrisbois.com

DESMARAIS LLP

John M. Desmarais (admitted *pro hac vice*)
Paul A. Bondor (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
230 Park Avenue
New York, NY 10169
Tel:  (212) 351-3400
Email:  jdesmarais@desmaraisllp.com
Email:  pbondor@desmaraisllp.com
Email:  jwilcox@desmaraisllp.com
Email:  amodi@desmaraisllp.com
Email:  bmatty@desmaraisllp.com

*Attorneys for Defendant Double Down Interactive, LLC*

**ORDER**

IT IS SO ORDERED:

Dated: _____

By: _____
UNITED STATES DISTRICT JUDGE

4847-9062-5100.1                                          3