Adam J. Pernsteiner
Nevada State Bar. No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com

John M. Desmarais (admitted *pro hac vice*)
Paul A. Bondor (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Email: jdesmarais@desmaraisllp.com
Email: pbondor@desmaraisllp.com
Email: jwilcox@desmaraisllp.com
Email: amodi@desmaraisllp.com
Email: bmatty@desmaraisllp.com

*Attorneys for Defendant Double Down Interactive, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUBLE DOWN INTERACTIVE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00858-RCJ-VCF<br><br>*Consolidated with:*<br>2:16-cv-00856-RCJ-VCF (Lead Case)<br>2:16-cv-00871-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR A LIMITED STAY PENDING RESOLUTION OF SETTLEMENT EFFORTS** |

Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC ("Plaintiffs") and Defendant Double Down Interactive, LLC ("Double Down"), by and through their respective counsel, stipulate as follows:

1. The parties are currently engaged in settlement discussions and have reached an agreement in principle to resolve their disputes.

4847-9062-5100.1

2. The parties wish to stay all deadlines in only this action—2:16-cv-00858-RCJ-VCF—for 14 days to allow the parties time to prepare the appropriate settlement documentation and in anticipation of a jointly stipulated dismissal of this action.

3. Plaintiffs and Double Down agree that if this action is stayed but the parties are unable to reach a final resolution of the settlement, the parties will promptly inform the Court and reschedule the appropriate deadlines to ensure that this case will proceed with the other consolidated cases.

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

THEREFORE, the parties request the Court issue an Order to:

- Stay this action between Plaintiffs and Double Down, Case No. 2:16-cv-00858-RCJ-VCF, for 14 days to allow the parties time to prepare the appropriate settlement documentation.

IT IS HEREBY STIPULATED.

Dated: August 8, 2017                                   Dated: August 8, 2017


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Anthony Del Monaco_____          By: _/s/ Brian Matty_____

Molly M. Rezac                                          Adam J. Pernsteiner
Nevada Bar No. 7435                                     Nevada State Bar No. 007862
Erica J. Chee                                           6385 South Rainbow Blvd., Suite 600
Nevada Bar No. 12238                                    Las Vegas, NV 89118
3800 Howard Hughes Parkway, Suite 1500                  Tel: (702) 893-3383
Las Vegas, NV 89169                                     Email: adam.pernsteiner@lewisbrisbois.com

                                                        DESMARAIS LLP
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
                                                        John M. Desmarais (admitted *pro hac vice*)
                                                        Paul A. Bondor (admitted *pro hac vice*)
Robert F. Shaffer (*Admitted Pro Hac Vice*)             Justin P.D. Wilcox (admitted *pro hac vice*)
James R. Barney (*Admitted Pro Hac Vice*)               Ameet A. Modi (admitted *pro hac vice*)
Anthony D. Del Monaco (*Admitted Pro Hac Vice*)         Brian D. Matty (admitted *pro hac vice*)
Scott A. Allen (*Admitted Pro Hac Vice*)                230 Park Avenue
901 New York Avenue, NW                                 New York, NY 10169
Washington, DC 20001-4413                               Tel: (212) 351-3400
                                                        Email: jdesmarais@desmaraisllp.com
                                                        Email: pbondor@desmaraisllp.com
*Attorneys for Plaintiffs CG Technology                 Email: jwilcox@desmaraisllp.com
Development, LLC, Interactive Games Limited,            Email: amodi@desmaraisllp.com
and Interactive Games LLC*                              Email: bmatty@desmaraisllp.com

                                                        *Attorneys for Defendant Double Down Interactive, LLC*

**ORDER**

IT IS SO ORDERED:

        August 9, 2017
Dated: _____
                                                        By: _____
                                                        UNITED STATES MAGISTRATE JUDGE

4847-9062-5100.1                           3