Michael D. Rounds
Nevada Bar No. 4734
Ryan J. Cudnik
Nevada Bar No. 12948
Adam K. Yowell
Nevada Bar No. 11748
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
  rcudnik@bhfs.com
  ayowell@bhfs.com

Evan M. Rothstein
*Admitted Pro Hac Vice*
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 90202
Telephone: (303) 223-1100
Email: erothstein@bhfs.com

*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc.; and Bwin.Party Entertainment (NJ), LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,, <br><br> Plaintiff, <br><br> v. <br><br> FANDUEL, INC., <br><br> Defendants. | CASE NO.: 2:16-cv-00801-RCJ-VCF <br> *For Pre-Trial Discovery Purposes, Consolidated with:* <br> 2:16-cv-00781-RCJ-VCF <br> 2:16-cv-00856-RCJ-VCF <br> 2:16-cv-00857-RCJ-VCF <br> 2:16-cv-00858-RCJ-VCF <br> 2:16-cv-00859-RCJ-VCF <br> 2:16-cv-00871-RCJ-VCF <br><br> **BWIN'S MOTION TO SEAL** |

Defendants Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC (collectively "Bwin" or "Defendants") hereby move the Court for an order sealing portions of Plaintiffs' Motion to Compel Bwin Defendants' Document Production ("Motion") and Exhibits 3 and 6 in support of the Motion. Exhibits 3 and 6 are letters

15843395

1

from Plaintiffs' attorney to Bwin's attorney referencing sensitive documents produced by Bwin in response to Plaintiffs' requests for production. The redacted sections of the Motion (pg. 8, lns. 4-5; pg. 10, ln. 27; and pg. 11, lns. 1-3), Exhibit 3 (pg. 2, ¶¶4-5; and pg. 3, ¶2) and Exhibit 6 (pg. 2 ¶4; and pg. 3 ¶¶2-3) refer to Bwin's proprietary security measures and software structure and design. A Protective Order was entered in this action on December 30, 2016. *See* ECF # 109. Redacted versions of the Motion and Exhibits 3 and 6 were filed on July 19, 2017. *See* ECF # 204-1, 204-5, and 204-8.

The documents referenced in the Motion and Exhibits 3 and 6 discuss highly sensitive material related to Bwin's security measures and software structure and design. The online gaming industry is highly regulated and large sums of money exchange hands on a daily basis, making online betting, poker, and casino companies like Bwin susceptible to cyber-attack and sophisticated cheating attempts. Seemingly nondescript pieces of information, such as language used in software programs or information referring to security testing can be the basis of an attack. The redacted portions of the Motion and Exhibits 3 and 6, *see* ECF # 204-1, 204-5, and 204-8, quote and discuss Bwin's software architecture and security procedures. To help ensure the integrity of Bwin's gaming platform and protect Bwin's customers it is essential that this information be sealed.

Further, Bwin designated the documents "Highly Confidential – Outside Attorneys' Eyes Only" pursuant to the Protective Order. Bwin also moves to seal the redacted portions of the Motion and Exhibits 3 and 6 on this basis. This request involves only a few lines from a large filing, and so is reasonable in scope and narrowly tailored.

Good cause exists to justify sealing the redacted sections of the Motion (pg. 8, lns. 4-5; pg. 10, ln. 27; and pg. 11, lns. 1-3), Exhibit 3 (pg. 2 ¶¶4-5; and pg. 3, ¶2) and Exhibit 6 (pg. 2 ¶4; and pg. 3 ¶¶2-3). *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The Court has the authority to shield this potentially confidential and designated-confidential business information from public disclosure. *See, e.g., Phase II Chin, LLC v. Forum Shops, LLC*, No. 2:08-cv-00612-JCM-GWF, 2010 WL 2695659, at *2 (D. Nev. Jul. 2, 2010).

For the reasons stated above, Bwin requests that the Court grant Bwin's Motion to Seal.

15843395

2

A redacted version of the Motion and Exhibits 3 and 6, have been filed in the public record.  *See* ECF # 204-1, 204-5, and 204-8.

DATED this 27th day of July, 2017

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Evan M. Rothstein*
Evan M. Rothstein
Admitted Pro Hac Vice
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Email: erothstein@bhfs.com

Michael D. Rounds
Nevada Bar No. 4734
Ryan J. Cudnik
Nevada Bar No. 12948
Adam K. Yowell
Nevada Bar No. 11748
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
rcudnik@bhfs.com
ayowell@bhfs.com

*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc.; and Bwin.Party Entertainment (NJ), LLC*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 27th day of July, 2017, I served the document entitled, **BWIN'S MOTION TO SEAL**, on counsel of record through the CM/ECF system.

*/s/ Nancy Lindsley*
Employee of Brownstein Hyatt Farber Schreck, LLP

15843395

4