Adam J. Pernsteiner
Nevada State Bar. No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com

John M. Desmarais (admitted *pro hac vice*)
Paul A. Bondor (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Email: jdesmarais@desmaraisllp.com
Email: pbondor@desmaraisllp.com
Email: jwilcox@desmaraisllp.com
Email: amodi@desmaraisllp.com
Email: bmatty@desmaraisllp.com

*Attorneys for Defendant Double Down Interactive, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUBLE DOWN INTERACTIVE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00858-RCJ-VCF<br><br>*Consolidated with:*<br>2:16-cv-00856-RCJ-VCF (Lead Case)<br>2:16-cv-00871-RCJ-VCF<br><br>**STIPULATION AND ORDER FOR A LIMITED STAY PENDING RESOLUTION OF SETTLEMENT EFFORTS** |

Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC ("Plaintiffs") and Defendant Double Down Interactive, LLC ("Double Down"), by and through their respective counsel, stipulate as follows:

1. The parties are currently engaged in settlement discussions and have reached an agreement in principle to resolve their disputes.

4847-9062-5100.1

2. The parties wish to stay all deadlines in only this action—2:16-cv-00858-RCJ-VCF—for 14 days to allow the parties time to prepare the appropriate settlement documentation and in anticipation of a jointly stipulated dismissal of this action.

3. Plaintiffs and Double Down agree that if this action is stayed but the parties are unable to reach a final resolution of the settlement, the parties will promptly inform the Court and reschedule the appropriate deadlines to ensure that this case will proceed with the other consolidated cases.

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

…

4847-9062-5100.1

2

THEREFORE, the parties request the Court issue an Order to:

- Stay this action between Plaintiffs and Double Down, Case No. 2:16-cv-00858-RCJ-VCF, for 14 days to allow the parties time to prepare the appropriate settlement documentation.

IT IS HEREBY STIPULATED.

Dated: August 8, 2017                                    Dated: August 8, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Anthony Del Monaco

Molly M. Rezac
Nevada Bar No. 7435
Erica J. Chee
Nevada Bar No. 12238
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Robert F. Shaffer (*Admitted Pro Hac Vice*)
James R. Barney (*Admitted Pro Hac Vice*)
Anthony D. Del Monaco (*Admitted Pro Hac Vice*)
Scott A. Allen (*Admitted Pro Hac Vice*)
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Brian Matty

Adam J. Pernsteiner
Nevada State Bar No. 007862
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Email: adam.pernsteiner@lewisbrisbois.com

DESMARAIS LLP

John M. Desmarais (admitted *pro hac vice*)
Paul A. Bondor (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Email: jdesmarais@desmaraisllp.com
Email: pbondor@desmaraisllp.com
Email: jwilcox@desmaraisllp.com
Email: amodi@desmaraisllp.com
Email: bmatty@desmaraisllp.com

*Attorneys for Defendant Double Down Interactive, LLC*

**ORDER**

IT IS SO ORDERED:

Dated: _____

By: _____
UNITED STATES DISTRICT JUDGE

4847-9062-5100.1                                         3