# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>FANDUEL, INC., *et al.*,<br><br>Defendants. | Lead case no. 2:16-cv-00856-RCJ-VCF<br>Consol. with case nos. 2:16-cv-00858-RCJ-VCF and 2:16-00871-RCJ-VCF<br>**ORDER** |

Before the Court is Bwin's Motion to Seal (ECF No. 84). This motion was originally filed on July 27, 2017 in case no. 2:16-cv-00801-RCJ-VCF. (ECF No. 218). On July 27, 2017, Judge Jones granted the motions to transfer for improper venue and case no. 2:16-cv-00801-RCJ-VCF was transferred to the District of Delaware. (ECF No. 219). All remaining cases were consolidated into case no. 2:16-cv-00856-RCJ-VCF. On August 9, 2017, the undersigned held a status hearing and the instant pending motion in 2:16-cv-00801-RCJ-VCF was transferred to lead case 2:16-cv-00856-RCJ-VCF. (ECF No. 72).

Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, the instant motion was filed in case no. 2:16-cv-00801-RCJ-VCF on July 27, 2017. To date, no opposition has been filed and the time to file an opposition has passed.

Accordingly,

IT IS HEREBY ORDERED that Bwin's Motion to Seal (ECF No. 84) is GRANTED.

DATED this 22nd day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE