**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>888 HOLDINGS, PLC, <br><br>　　　　Defendant. | 2:16-cv-00856-RCJ-VCF <br><br>Member cases: <br><br>2:16-cv-00858-RCJ-VCF <br><br>2:16-cv-00871-RCJ-VCF <br><br>**ORDER** |

　　　　Before the Court is Defendants' Motion under LR IA 6-1 for Order Shortening Time for Briefing and Decision on Defendants' Motion for Extension of Time (ECF No. 92).

　　　　IT IS HEREBY ORDERED that Defendants' Motion under LR IA 6-1 for Order Shortening Time for Briefing and Decision on Defendants' Motion for Extension of Time (ECF No. 92) is GRANTED.

　　　　IT IS FURTHER ORDERED that any opposition to Defendants' Motion to Extend Time (ECF No. 91) must be filed on or before September 1, 2017. The reply in support of Defendants' Motion to Extend Time (ECF No. 91) must be filed on or before September 5, 2017.

　　　　IT IS FURTHER ORDERED that a hearing on Defendants' Motion to Extend Time (ECF No. 91) is scheduled for 11:00 AM, September 7, 2017, in Courtroom 3D.

　　　　DATED this 29th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE