**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS, PLC,<br><br>　　　　　Defendant. | 2:16-cv-00856-RCJ-VCF<br>Member cases:<br>2:16-cv-00858-RCJ-VCF<br>2:16-cv-00871-RCJ-VCF<br>**<u>ORDER</u>** |

Before the Court is Plaintiffs' Motion to Compel Bwin Defendants' Document Production (ECF Nos. 78 and Redacted in 82).

IT IS HEREBY ORDERED that a hearing on Plaintiffs' Motion to Compel Bwin Defendants' Document Production (ECF Nos. 78 and Redacted in 82) is scheduled for 11:00 AM, September 7, 2017.

DATED this 1st day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE