Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369-6800
Fax:  702.369.6888

Robert F. Shaffer (*pro hac vice*)
robert.shaffer@finnegan.com
James R. Barney (*pro hac vice*)
james.barney@finnegan.com
Anthony D. Del Monaco (*pro hac vice*)
anthony.delmonaco@finnegan.com
Scott A. Allen (*pro hac vice*)
scott.allen@finnegan.com
Abdul Ghani Saad Hamadi (*pro hac vice*)
ghani.hamadi@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Fax:  202.408.4400

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FAN DUEL, INC.<br><br>Defendant. | Case No.:  2:16-cv-00801-RCJ-VCF<br><br>*Consolidated with:*<br>2:16-cv-00781-RCJ-VCF<br>2:16-cv-00856-RCJ-VCF<br>2:16-cv-00857-RCJ-VCF<br>2:16-cv-00858-RCJ-VCF<br>2:16-cv-00859-RCJ-VCF<br>2:16-cv-00871-RCJ-VCF<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN THE DISCOVERY PLAN AND SCHEDULING ORDER FOR ALL PARTIES (FIRST REQUEST)** |

The parties, by and through their respective counsel, submit this Joint Stipulation to extend the deadlines in the Discovery Plan and Scheduling Order ("DPSO") for all parties in the consolidated litigation. This is the first stipulation for an extension of time and it is made in good faith based on the resolution of the pending post-trial motion in New York which caused the Court to enter a stay in the *Zynga* action and resulted in the requested stay of the *Double Down* and *Big Fish* actions. A separate joint stipulation has been filed to lift the existing stays and deny the requested stays in those matters. (ECF No. 188.)

The parties believe the modification to the DPSO will allow all of the consolidated cases to move forward together as the Court's Consolidation Order originally contemplated. The parties have engaged in discussions and jointly propose the following amended schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs to serve Responses to Initial Non-Infringement, Invalidity, and Unenforceability Contentions pursuant to Local Patent Rule 1-10 on one-patent Defendants | June 5, 2017 (passed due to stay) | July 14, 2017 |
| Parties to exchange proposed terms for construction | July 3, 2017 | August 10, 2017 |
| Exchange of preliminary claim constructions and extrinsic evidence | July 31, 2017 | September 8, 2017 |
| Exchange joint claim construction brief | August 28, 2017 | October 6, 2017 |
| Plaintiffs' opening claim construction brief | September 18, 2017 | November 10, 2017 |
| Defendants' joint claim construction brief | November 17, 2017 | January 12, 2018 |
| Fact discovery cut-off | November 15, 2017 | December 15, 2017 |
| Plaintiffs' reply claim construction brief | December 15, 2017 | February 13, 2018 |

THEREFORE, the parties request the Court issue an Order to extend the deadlines in the DPSO as set forth above.

. . .

IT IS HEREBY STIPULATED.

| | |
|---|---|
| Dated: June 30, 2017. | Dated: June 30, 2017. |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | DESMARAIS LLP |
| /s/ Molly M. Rezac | /s/ Brain D. Matty |
| Molly M. Rezac | John M. Desmarais |
| Nevada Bar No. 7435 | Paul A. Bondor |
| Erica J. Chee | Justin P.D. Wilcox |
| Nevada Bar No. 12238 | Ameet A. Modi |
| 3800 Howard Hughes Parkway, Suite 1500 | Brian D. Matty |
| Las Vegas, NV 89169 | 230 Park Avenue |
| | New York, NY 10169 |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| | Cayla Witty |
| Robert F. Shaffer | Nevada Bar No. 12897 |
| James R. Barney | 6385 South Rainbow Blvd., Suite 600 |
| Anthony D. Del Monaco | Las Vegas, NV 89118 |
| Scott A. Allen | ***Attorneys for Defendant DoubleDown Interactive, LLC*** |
| Abdul Ghani Saad Hamadi | |
| 901 New York Avenue, NW | |
| Washington, DC 20001-4413 | |
| ***Attorneys for Plaintiffs*** | |
| DICKINSON WRIGHT PLLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| /s/ Michael N. Feder | /s/ Jonathan W. Fountain |
| Michael N. Feder | Michael J. McCue |
| Nevada Bar No. 7332 | Nevada Bar No. 6055 |
| 8363 West Sunset Road, Suite 200 | Jonathan W. Fountain |
| Las Vegas, NV 89113 | Nevada Bar No. 10351 |
| | 3993 Howard Hughes Pkwy., Ste. 600 |
| BRACEWELL LLP | Las Vegas, NV 89169 |
| Douglas F. Stewart | MERCHANT & GOULD P.C. |
| 701 Fifth Avenue, Suite 6200 | |
| Seattle, WA 98104 | Jonathan Berschadsky |
| | 767 Third Avenue, 23rd Floor |
| David J. Ball | New York, NY 10017 |
| 1251 Avenue of the Americas | ***Attorneys for Defendant DraftKings, Inc.*** |
| New York, NY 10020 | |
| ***Attorneys for Defendant Big Fish Games, Inc.*** | |

3

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | ERISE IP, P.A. |
| /s/ Evan M. Rothstein<br>Evan M. Rothstein<br>410 Seventeenth Street, Ste. 2200<br>Denver, CO 80202<br><br>Michael D. Rounds<br>Nevada Bar No. 4734<br>Adam K. Yowell<br>Nevada Bar No. 11748<br>5371 Kietzke Lane<br>Reno, NV 89511<br>*Attorneys for Defendants, Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC* | /s/ Carrie A. Bader<br>Eric A. Buresh<br>Megan J. Redmond<br>Carrie A. Bader<br>6201 College Blvd., Suite 300<br>Overland Park, KS 66211<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br><br>W. West Allen<br>Nevada Bar No. 5566<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>*Attorneys for Defendant FanDuel, Inc.* |
| DURIE TANGRI LLP | DENTONS US LLP |
| /s/ Raghav Krishnapriyan<br>Sonali D. Maitra<br>Timothy C. Saulsbury<br>Raghav Krishnapriyan<br>217 Leidesdorff Street<br>San Francisco, CA 94111 | /s/ William M. Gantz<br>William M. Gantz<br>David R. Metzger<br>Derek A. Auito<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361 |
| MARQUIS AURBACH COFFING | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| Brian R. Hardy<br>Nevada Bar No. 10068<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorneys for Defendant Zynga Inc*. | Cayla Witty<br>Nevada Bar No. 12897<br>6385 South Rainbow Blvd. Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant 888 Holdings PLC* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-3-2017

4

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically transmitted the foregoing **JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN THE DISCOVERY PLAN AND SCHEDULING ORDER FOR ALL PARTIES (FIRST REQUEST)** to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

| | |
|---|---|
| W. West Allen | Raghav Krishnapriyan |
| Carrie A. Bader | Sonali D. Maitra |
| David J. Ball | Brian D. Matty |
| Jonathan Berschadsky | Michael J. McCue |
| Paul A. Bondor | David R. Metzger |
| Clifford T. Brazil | Ameet A. Modi |
| Eric A. Buresh | Megan J. Redmond |
| Terry A. Coffing | Evan M. Rothstein |
| Ryan J. Cudnik | Michael D. Rounds |
| John M. Desmarais | Timothy C. Saulsbury |
| Michael N. Feder | Douglas F. Stewart |
| Jonathan W. Fountain | Adam K. Yowell |
| William M. Gantz | Derek A. Auito |
| | Justin P.D. Wilcox |
| | Cayla Witty |

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **JOINT STIPULATION AND ORDER TO EXTEND DEADLINES IN THE DISCOVERY PLAN AND SCHEDULING ORDER FOR ALL PARTIES (FIRST REQUEST)** was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

| | |
|---|---|
| Michael D. Rounds | Evan M. Rothstein |
| Ryan J. Cudnik | Brownstein Hyatt Farber Schreck, LLP |
| Adam K. Yowell | 410 Seventeenth Street, Ste. 2200 |
| Brownstein Hyatt Farber Schreck, LLP | Denver, CO 80202 |
| 5371 Kietzke Lane | *Attorneys for Bwin.Party Digital* |
| Reno, NV 89511 | *Entertainment, PLC; Bwin.Party (USA), Inc.;* |
| *Attorneys for Bwin.Party Digital* | *and Bwin.Party Entertainment (NJ) LLC* |
| *Entertainment, PLC; Bwin.Party (USA), Inc.;* | |
| *and Bwin.Party Entertainment (NJ) LLC* | |

5

W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
*Attorneys for FanDuel, Inc.*

Jonathan Berschadsky
Merchant & Gould P.C.
767 Third Avenue, 23rd Floor
New York, NY 10117
*Attorneys for DraftKings, Inc.*

Michael J. McCue
Jonathan W. Fountain
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, NV 89169
*Attorneys for DraftKings, Inc.*

Cayla Witty
Lewis Brisbois Bisgaard & Smith, LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Double Down Interactive, LLC*

John M. Desmarais
Ameet A. Modi
Brian D. Matty
Justin P.D. Wilcox
Paul A. Bondor
Desmarais LLP
230 Park Avenue, 26th Floor
New York, NY 10169
*Attorneys for Double Down Interactive, LLC*

Michael N. Feder
Dickinson Wright PLLC
8363 West Sunset Road, Ste. 200
Las Vegas, NV 89113
*Attorneys for Big Fish Games, Inc.*

Carrie A. Bader
Clifford T. Brazil
Megan J. Redmond
Eric A. Buresh
Erise IP, P.A.
6201 College Blvd., Ste. 300
Overland Park, KS 66211
*Attorneys for FanDuel, Inc.*

Terry A. Coffing
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Zynga, Inc.*

Sonali D. Maitra
Timothy C. Saulsbury
Raghav Krishnapriyan
Durie Tangri, LLP
217 Leidesdorff Street
San Francisco, CA 94111
*Attorneys for Zynga, Inc.*

Cayla Witty
Lewis Brisbois Bisgaard & Smith LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for 888 Holdings PLC*

William M. Gantz
David R. Metzger
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
*Attorneys for 888 Holdings PLC*

Derek A. Auito
Dentons US LLP
1900 K Street, NW
Washington, DC 20006
*Attorneys for 888 Holdings PLC*

Douglas F. Stewart
Bracewell LLP
701 Fifth Avenue, Ste. 6200
Seattle, WA 98104
*Attorneys for Big Fish Games, Inc.*

|  |  |
|---|---|
|  | David J. Ball<br>Bracewell LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>*Attorneys for Big Fish Games, Inc.* |

Dated this 30th day of June, 2017.

        /s/ Carol Rojas
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.