Adam J. Pernsteiner
Nevada State Bar. No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com

John M. Desmarais (admitted *pro hac vice*)
Paul A. Bondor (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Brian D. Matty (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Email: jdesmarais@desmaraisllp.com
Email: pbondor@desmaraisllp.com
Email: jwilcox@desmaraisllp.com
Email: amodi@desmaraisllp.com
Email: bmatty@desmaraisllp.com

*Attorneys for Defendant Double Down Interactive, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC,<br><br>Defendant. | Case No. 2:16-cv-00856-RCJ-VCF<br><br>Member cases:<br><br>2:16-cv-00858-RCJ-VCF<br>2:16-cv-00871-RCJ-VCF<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** |

Defendant DOUBLE DOWN INTERACTIVE, LLC, by an through its undersigned counsel, hereby moves this Honorable Court for an Order removing Desmarais, LLP, from the electronic service list CM/ECF and mailing lists for the above captioned matter. Defendant, DOUBLE DOWN INTERACTIVE, LLC was dismissed with prejudice on August 22, 2017. See Order Granting Joint Stipulation of Dismissal with Prejudice (ECF No. 90), attached hereto as Exhibit "A."

4849-5993-8897.1

| | | |
|---|---|---|
| 1 | Ameet A. Modi | amodi@desmaraisllp.com, ecfalerts@desmaraisllp.com |
| 2 | Brian Matty | bmatty@desmaraisllp.com |
| 3 | John m. Desmarais | jdesmarais@desmaraisllp.com |
| 4 | Justin P.D. Wilcox | jwilcox@desmaraisllp.com |
| 5 | Paul A. Bondor | pbondor@desmaraisllp.com |

Therefore, the undersigned respectfully requests this Honorable Court remove the above referenced parties from the CM/ECF Service/Mailing List for this case.

Dated: October 5, 2017

Respectfully submitted,

By _____/s/ Adam Pernsteiner_____
Adam J. Pernsteiner
Nevada State Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Tel: (702) 893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com

John M. Desmarais
Paul A. Bondor
Justin P.D. Wilcox
Ameet A. Modi
Brian D. Matty
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Email: jdesmarais@desmaraisllp.com
Email: pbondor@desmaraisllp.com
Email: jwilcox@desmaraisllp.com
Email: amodi@desmaraisllp.com
Email: bmatty@desmaraisllp.com

*Attorneys for Defendant DoubleDown Interactive, LLC*

**ORDER**

IT IS SO ORDERED:

Dated: __10-12-2017__

By: _____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on this 5th day of October, 2017, I did cause a true copy of **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** to be served via electronic service by the U.S. District Court CM/ECF system to all parties on the electronic service list therein.

              /s/ Misty Humphrey
              An employee of LEWIS BRISBOIS
              BISGAARD & SMITH LLP

104500215\V-1

4849-5993-8897.1

3

# EXHIBIT A

Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369-6800
Fax: 702.369.6888

Robert F. Shaffer
robert.shaffer@finnegan.com
James R. Barney
james.barney@finnegan.com
Anthony D. Del Monaco
anthony.delmonaco@finnegan.com
Scott A. Allen
scott.allen@finnegan.com
Abdul Ghani Saad Hamadi
ghani.hamadi@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4000
Fax: 202.408.4400

*Attorneys for Plaintiffs CG Technology Development, LLC;
Interactive Games Limited; and Interactive Games LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUBLE DOWN INTERACTIVE, LLC,<br><br>Defendant. | Case No.: 2:16-cv-00858-RCJ-VCF<br><br>*Consolidated with:*<br>2:16-cv-00856-RCJ-VCF (Lead Case)<br>2:16-cv-00871-RCJ-VCF<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs CG

Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC, and Defendant Double Down Interactive, LLC, by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of all claims in this action. Each party shall bear its own attorneys' fees and costs.

DATED: August 17, 2017

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

/s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
Erica J. Chee
Nevada Bar No. 12238
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, LLP

Robert F. Shaffer
James R. Barney
Anthony D. Del Monaco
Scott A. Allen
Abdul Ghani Saad Hamadi
901 New York Avenue, NW
Washington, DC 20001-4413
*Attorneys for Plaintiffs*

DATED: August 17, 2017

DESMARAIS LLP

/s/ Justin P.D. Wilcox
John M. Desmarais
Paul A. Bondor
Justin P.D. Wilcox
Ameet A. Modi
Brian D. Matty
230 Park Avenue
New York, NY 10169

LEWIS BRISBOIS BISGAARD & SMITH, LLP

Adam Pernsteiner
Nevada Bar No. 007862
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Double Down Interactive, LLC*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 22, 2017

2