# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS, PLC,<br><br>    Defendant. | 2:16-cv-00856-RCJ-VCF<br>Member cases:<br>2:16-cv-00858-RCJ-VCF<br>2:16-cv-00871-RCJ-VCF<br>**ORDER** |

Before the Court is Defendants' Motion to Move Hearing Date (ECF No. 131).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on Defendants' Motion to Move Hearing Date (ECF No. 131) is scheduled for 11:00 AM, December 19, 2017.

The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 13th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE