# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> 888 HOLDINGS, PLC, *et al.*, <br><br> Defendants. | 2:16-cv-00856-RCJ-VCF <br><br> Member case: <br><br> 2:16-cv-00871-RCJ-VCF <br><br> **ORDER** |

Before the Court is the parties' Stipulation and Order to Stay Pending Inter Parties Review Proceedings (ECF No. 133).

Accordingly,

IT IS HEREBY ORDERED that the parties' Stipulation and Order to Stay Pending Inter Parties Review Proceedings (ECF No. 133) is GRANTED.

IT IS FURTHER ORDERED that the parties must file a Joint Status Report every three months until the stay is lifted. The first status report is due March 19, 2018.

IT IS FURTHER ORDERED that the hearings scheduled for December 19, 2017 and January 3, 2018 are vacated.

IT IS FURTHER ORDERED that the following motions are DENIED as MOOT:

1. Defendants' Motion For Stay Pending Inter Partes Review Of Patents-In-Suit (ECF No. 117),

2. Plaintiffs' Motion To Compel Discovery On All Accused Products (ECF No. 118),

3. Motion For Leave To File Supplemental Evidence For Defendants' Motion For Stay Pending Inter Partes Review Of Patents-In-Suit (ECF No. 125),

4. Plaintiffs' Motion To Compel Document Production (ECF No. 126),

5. Defendants' Motion to Continue Hearing (ECF No. 131).

Good cause appearing, IT IS FURTHER ORDERED that Plaintiffs' Motion for Leave to File Exhibit Under Seal (ECF No. 127) is GRANTED.

IT IS SO ORDERED.

DATED this 18th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE