Molly M. Rezac, Esq.
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369-6800
Fax: 702.369.6888

Robert F. Shaffer, Esq.
robert.shaffer@finnegan.com
District of Columbia Bar No. 472423 (*Admitted Pro Hac Vice*)
James R. Barney, Esq.
james.barney@finnegan.com
District of Columbia Bar No. 473732 (*Admitted Pro Hac Vice*)
Anthony D. Del Monaco, Esq.
anthony.delmonaco@finnegan.com
District of Columbia Bar No. 978164 (*Admitted Pro Hac Vice*)
Scott A. Allen
scott.allen@finnegan.com
District of Columbia Bar No. 1014498 (*Admitted Pro Hac Vice*)
Abdul Ghani Saad Hamadi
ghani.hamadi@finnegan.com
District of Columbia Bar No. 1033362 (*Admitted Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4000

*Attorneys for Plaintiffs CG Technology Development, LLC;
Interactive Games Limited; and Interactive Games LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> 888 HOLDINGS, PLC, <br><br> Defendants. | Case No.: 2:16-cv-00856-RCJ-VCF <br><br> Member Case: 2:16-cv-00871-RCJ-VCF <br><br> **PLAINTIFFS' MOTION FOR REMOVAL OF COUNSEL ERICA J. CHEE FROM CM/ECF SERVICE LIST** |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Counsel for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC ("Plaintiffs") hereby file this Motion for Removal of Counsel from the CM/ECF Service List in the instant matter. This Motion seeks to remove attorney Erica J. Chee from the CM/ECF service list. Ms. Chee has left Ogletree, Deakins, Nash, Smoak & Stewart, P.C., to serve as legal counsel at MGM Resorts Int'l.

As Ms. Chee is no longer counsel of record for Plaintiffs, Plaintiffs respectfully request that this Court remove her name from the CM/ECF docket and CM/ECF service list for this matter.

DATED this 29th day of May, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Molly M. Rezac*
Molly M. Rezac, Esq.
Nevada Bar No. 7435
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Robert F. Shaffer, Esq.
James R. Barney, Esq.
Anthony D. Del Monaco, Esq.
Scott A. Allen, Esq.
Abdul Ghani Saad Hamadi, Esq.
*Admitted Pro Hac Vice*
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-29-2018

1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **PLAINTIFFS' MOTION FOR REMOVAL OF COUNSEL ERICA J. CHEE FROM CM/ECF SERVICE LIST** to the Clerk's Office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants:

**Michael D. Rounds**
**Ryan J. Cudnik**
**Adam K. Yowell**
**Evan M. Rothstein**
**Derek A. Auito**
**William M. Gantz**
**David R. Metzger**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing was also made this day by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, addressed to the following:

| | |
|---|---|
| Michael D. Rounds<br>Ryan J. Cudnik<br>Adam K. Yowell<br>Brownstein Hyatt Farber Schreck, LLP<br>5371 Kietzke Lane<br>Reno, NV 89511<br>*Attorneys for Bwin.Party Digital Entertainment, PLC; bwin.party (USA), Inc.; and bwin,party Entertainment (NJ), LLC* | Evan M. Rothstein, Esq.<br>Arnold & Porter Kaye Scholer LLP<br>370 Seventeenth Street, Ste. 4400<br>Denver, CO 80202<br>*Attorney for Bwin.Party Digital Entertainment, PLC; bwin.party (USA), Inc.; and bwin,party Entertainment (NJ), LLC* |
| Derek A. Auito<br>Dentons US LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>*Attorney for 888 Holdings PLC* | William M. Gantz<br>David R. Metzger<br>Dentons US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>*Attorneys for 888 Holdings PLC* |

DATED this 29th day of May, 2018.

                                           */s/ Brittany Manning*
                                           An Employee of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.