# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>Vs.<br><br>888 HOLDINGS, PLC,<br><br>　　　　　　Defendant. | Case No.: 2:16-CV-00856-RCJ-VCF<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE |

On December 19, 2018, the parties filed a Joint Status Report (ECF No. 143) informing the Court that the parties are currently considering their options in view of the PTAB's final written decisions. The parties will notify the Court no later than January 18, 2019, if any party intends to move to life the stay. Accordingly,

IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 09:00A.M., Friday, January 18, 2019, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that counsel shall dial from a land line into the AT&T Meet-Me-Line (1-888-675-2535), Access Code No.: 2900398; and Security Code No.:

011819 five (5) minutes prior to the hearing.  Counsel shall remain on the line until such time as the Court joins the call and convenes the proceeding.

Dated this 3rd day of January, 2018.

_____
ROBERT C. JONES
Senior District Judge