Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
Ryan J. Cudnik
Nevada Bar No. 12948
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
ayowell@bhfs.com
rcudnik@bhfs.com

*Attorneys for Defendants Bwin.Party Digital
Entertainment, PLC, Bwin.Party (USA), Inc., and
Bwin.Party Entertainment (NJ), LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS, PLC,<br><br>Defendant. | Case No.: 2:16-cv-00856-RCJ-VCF<br><br>Member Case:<br>2:16-cv-00871-RCJ-VCF<br><br>**MOTION AND PROPOSED ORDER FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST** |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

Michael D. Rounds, Adam K. Yowell, Ryan J. Cudnik, and the Law Offices Brownstein Hyatt Farber Schreck, LLP, hereby file this Motion for Removal of Counsel From CM/ECF Service List as they are no longer counsel for Defendants Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA), Inc. and Bwin.Party Entertainment (NJ), LLC (collectively "Bwin"), in this matter. Bwin filed a Notice of Disassociation of Counsel on January 14, 2019 (ECF No. 146). Bwin will continue to be represented by Evan Rothstein and the law offices of Arnold & Porter Kaye Scholer LLP.

///

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Tel. 775-324-4100
Fax. 775-333-8171

Accordingly, Michael D. Rounds, Adam K. Yowell and Ryan J. Cudnik respectfully request that their names be removed from the CM/ECF service list in this matter.

Dated this 6th day of February, 2019

By: /s/ *Michael D. Rounds*
Michael D. Rounds, Esq.
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
Ryan J. Cudnik
Nevada Bar No. 12948
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 324-4100

*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA), Inc. and Bwin.Party Entertainment (NJ), LLC*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2019

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 6th day of February, 2019, I served the document entitled, **MOTION AND PROPOSED ORDER FOR REMOVAL OF COUNSEL FROM CM/ECF SERVICE LIST**, on counsel of record through the CM/ECF system.

*/s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP