Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV  89169
Telephone:  702.369-6800

Robert F. Shaffer
robert.shaffer@finnegan.com
District of Columbia Bar No. 472423 (*Admitted Pro Hac Vice*)
James R. Barney
james.barney@finnegan.com
District of Columbia Bar No. 473732 (*Admitted Pro Hac Vice*)
Anthony D. Del Monaco
anthony.delmonaco@finnegan.com
District of Columbia Bar No. 978164 (*Admitted Pro Hac Vice*)
Scott A. Allen
scott.allen@finnegan.com
District of Columbia Bar No. 1014498 (*Admitted Pro Hac Vice*)
Abdul Ghani Saad Hamadi
ghani.hamadi@finnegan.com
District of Columbia Bar No. 1033362 (*Admitted Pro Hac Vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC<br><br>Plaintiffs,<br><br>v.<br><br>888 HOLDINGS, PLC,<br><br>Defendant. | Case No.: 2:16-cv-00856-RCJ-GWF<br><br>Member Case:<br>2:16-cv-00871-RCJ-GWF<br><br>**JOINT STATUS REPORT** |

Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC, and Defendants, 888 Holdings, PLC, Bwin.Party Digital Entertainment, PLC,

Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC, provide the following Joint Status Report pursuant to the Court's Order, ECF No. 134:

1. Four of the five Asserted Patents in this case, U.S. Patent No. 8,771,058, U.S. Patent No. RE39,818, U.S. Patent No. 9,306,952, and U.S. Patent No. 9,355,518, underwent *inter partes* review ("IPR") before the Patent Trial and Appeal Board ("PTAB").

2. The PTAB issued final written decisions in all of the IPR proceedings, as disclosed in the Joint Status Report filed on December 19, 2018

3. Patent Owner, CG Technology Development, LLC, filed a Notice of Appeal to the Court of Appeals for the Federal Circuit appealing the PTAB's decision in each of the IPR proceedings.

4. Any Party may move to lift the stay at any time. The Parties presented their positions regarding the status of this action in a Telephonic Status Conference held on January 18, 2019. ECF No. 144. Following the conference, the Court ordered that this action remains stayed pending the outcome of the appeals. ECF No. 150.

Dated this 19th day of March, 2019.

By: */s/ Evan M. Rothstein*
Evan M. Rothstein
*Admitted Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202
Telephone: (303) 863-1000
*Attorney for Defendants Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA), Inc. and Bwin.Party Entertainment (NJ), LLC*

*/s/ William M. Gantz*
William M. Gantz (LR IA 11-2)
David R. Metzger (LR IA 11-2)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Telephone: 312-876-8000
Email: bill.gantz@dentons.com
Email: david.metzger@dentons.com

By: */s/ Molly M. Rezac*
Molly M. Rezac, Esq.
Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
Telephone: (702) 369-6800

Robert F. Shaffer, Esq.
James R. Barney, Esq.
Anthony D. Del Monaco, Esq.
Scott A. Allen, Esq.
Abdul Ghani Saad Hamadi, Esq.
*Admitted Pro Hac Vice*
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

Derek A. Auito (LR IA 11-2)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7500
Email: derek.autio@dentons.com

*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

Adam J. Pernsteiner
Nevada State Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com
*Attorneys for Defendant 888 Holdings PLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800