Adam J. Pernsteiner
Nevada State Bar. No. 007862
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd. Suite 600
Las Vegas, NV 89118
Telephone: 702-893-3383
Email:  Adam.Pernsteiner@lewisbrisbois.com

David R. Metzger (*Admitted pursuant to LR IA 11-2*)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois  60606-6361
Telephone:  312-876-8000
Email:  david.metzger@dentons.com

Derek A. Auito (*Admitted pursuant to LR IA 11-2*)
DENTONS US LLP
1900 K Street NW
Washington, DC  20006
Telephone:  (202) 496-7500
Email:  derek.auito@dentons.com

*Attorneys for Defendant 888 Holdings PLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> 888 HOLDINGS, PLC, <br><br> Defendant. | Case No.:  2:16-cv-00856-RCJ-VCF <br><br> **MOTION TO WITHDRAW ATTORNEYS AND TO TERMINATE ELECTRONIC NOTICE** |

Pursuant to LR 11-6, Defendant 888 Holdings, PLC ("888 Holdings"), by and through its undersigned counsel, hereby moves this Court to withdraw attorneys David R. Metzger and Derek A. Auito of the law firm of Dentons US LLP.

888 Holdings is currently represented by Adam Pernsteiner of the law firm of Lewis Brisbois Bisgaard & Smith LLP and by William Gantz of Duane Morris LLP. David R. Metzger and Derek A. Auito of Dentons US LLP are no longer representing 888 Holdings. 888 Holdings therefore requests that the law firm of David R. Metzger(david.metzger@dentons.com), Derek A. Auito(derek.auito@dentons.com), and Denton US LLP be removed as counsel of record and removed from the CM/ECF service list for this matter.

The requested withdrawal will not delay the proceedings.

Dated July 21, 2020

/s/ *Adam J. Pernsteiner*
Adam J. Pernsteiner
Nevada State Bar No. 007862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702-893-3383
Email: Adam.Pernsteiner@lewisbrisbois.com
*Attorneys for Defendant 888 Holdings PLC*

David R. Metzger (*Admitted pursuant to LR IA 11-2*)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois 60606-6361
Telephone: 312-876-8000
Email: david.metzger@dentons.com

Derek A. Auito (*Admitted pursuant to LR IA 11-2*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: derek.auito@dentons.com

**ORDER**

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2020