Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia St., 8th Floor
Reno, NV 89501
Telephone:  775.440.2373

Robert F. Shaffer
robert.shaffer@finnegan.com
District of Columbia Bar No. 472423 (*Admitted Pro Hac Vice*)
James R. Barney
james.barney@finnegan.com
District of Columbia Bar No. 473732 (*Admitted Pro Hac Vice*)
Anthony D. Del Monaco
anthony.delmonaco@finnegan.com
District of Columbia Bar No. 978164 (*Admitted Pro Hac Vice*)
Abdul Ghani Saad Hamadi
ghani.hamadi@finnegan.com
District of Columbia Bar No. 1033362 (*Admitted Pro Hac Vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000
*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC<br><br>Plaintiffs,<br><br>v.<br><br>888 HOLDINGS, PLC,<br><br>Defendant. | Case No.: 2:16-cv-00856-RCJ-GWF<br><br>Member Case:<br>2:16-cv-00871-RCJ-GWF<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO LIFT STAY**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs CG Technology Development, LLC, Interactive Games Limited and Interactive Games LLC (collectively, "Plaintiffs") hereby request to extend the time for Plaintiffs to respond to Defendant 888 Holdings, PLC's Motion to Lift Stay (ECF No. 179).  Plaintiffs' response to Defendant 888 Holdings, PLC's Motion to Lift Stay is currently due July 7, 2021.  Plaintiffs are requesting up to and including July 21, 2021 to respond to the Motion to Lift Stay.  The extension is sought because, in addition to the intervening holiday, several of

1  Plaintiffs' attorneys are preparing for trial on another matter or are in the middle of several weeks of
2  depositions.  This is Plaintiffs' first request for an extension of time to respond to the Motion to Lift
3  Stay.  Defendants 888 Holdings, PLC, Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA),
4  Inc., and Bwin.Party Entertainment (NJ), LLC do not oppose the requested relief, and stipulate to it.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 6th day of July, 2021.

| ARNOLD & PORTER KAYE SCHOLER LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ *Evan M. Rothstein* | /s/ *Molly M. Rezac* |
| Evan M. Rothstein<br>370 Seventeenth Street, Suite 4400<br>Denver, CO  90202<br>*Attorneys for Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc.; and Bwin.Party Entertainment (NJ), LLC* | Molly M. Rezac<br>Nevada Bar No. 7435<br>200 S. Virginia Street, 8th Floor<br>Reno, NV  89501 |
| DUANE MORRIS LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| /s/ *Tyler R. Marandola* | Robert F. Shaffer |
| Tyler R. Marandola<br>30 S. 17th Street<br>Philadelphia, PA  09103<br>*Attorneys for Defendant 888 Holdings PLC* | James R. Barney<br>Anthony D. Del Monaco<br>Abdul Ghani Saad Hamadi<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC* |
| William M. Gantz<br>100 High Street, Ste. 2400<br>Boston, MA  02110<br>*Attorneys for Defendant 888 Holdings PLC* | |
| Adam J. Pernsteiner<br>LEWIS BRISGOIS BRISGAARD & SMITH, LLP<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV  89118<br>*Attorneys for Defendant 888 Holdings PLC* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

DATED: _____.

2