# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC | Case No.: 2:16-cv-00856-RCJ-EJY |
| Plaintiffs, | Member Case: 2:16-cv-00871-RCJ-EJY |
| v. | **ORDER** |
| 888 HOLDINGS, PLC, | |
| Defendant. | |

Pending before the Court is Defendant 888 Holdings PLC's Motion to Lift Stay (ECF. No. 179). The court having taken briefs and having heard argument on the Motion GRANTS the Motion as to the stay (ECF 134, 150, 166 and 175) for the limited purposes set forth in this Order.

IT IS HEREBY ORDERED that the Motion to Lift Stay (ECF No. 179) is GRANTED.

IT IS FURTHER ORDERED that the Stay is lifted in Case 2:16-cv-00856-RCJ-EJY and  2:16-cv-00871-RCJ-EJY only with respect to claim 17 of U.S. Patent No. 8.814,664 (the "'664 Patent") owned by plaintiff Interactive Games LLC.

IT IS SO ORDERED.

Date August 16, 2021.

_____
ROBERT C. JONES
United States District Judge