Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone:  775.440-2373

Robert F. Shaffer (*admitted pro hac vice*)
robert.shaffer@finnegan.com
James R. Barney (*admitted pro hac vice*)
james.barney@finnegan.com
Anthony D. Del Monaco (*admitted pro hac vice*)
anthony.delmonaco@finnegan.com
Abdul Ghani Saad Hamadi (*admitted pro hac vice*)
ghani.hamadi@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Fax:  202.408.4400
*Attorneys for Plaintiffs CG Technology Development, LLC;
Interactive Games Limited; and Interactive Games LLC*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS, PLC,<br><br>        Defendant. | Case No.:  2:16-cv-00856-RCJ-EJY<br><br>*Member Case:*<br>2:16-cv-00871-RCJ-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY TO 888 HOLDINGS, PLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiffs CG Technology Development, LLC, Interactive Games Limited and Interactive Games LLC (collectively, "Plaintiffs") and Defendants 888 Holdings, PLC, Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA), Inc., and Bwin.Party Entertainment (NJ), LLC hereby stipulate and request to extend the briefing deadlines for the Opposition and Reply to 888 Holdings, PLC's Motion for Summary Judgment

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440-2373

(ECF No. 191).  Plaintiffs' response to Defendant 888 Holdings, PLC's Motion for Summary Judgment is currently due August 31, 2021.  Defendant 888 Holdings, PLC's Reply in Support of the Motion for Summary Judgment would be due on September 14, 2021.  This is parties' first request for an extension of time.

The Parties hereby stipulate and request that the following briefing schedule be entered for briefing 888 Holdings, PLC's Motion for Summary Judgment (ECF No. 191):

| | |
|---|---|
| **Deadline for Opposition:** | **September 14, 2021** |
| **Deadline for Reply:** | **October 5, 2021** |

The extended briefing schedule is sought to allow Plaintiffs to adequately research and respond to the Motion for Summary Judgment.  Further, there are several religious holidays during the briefing timeframe.  As such, the parties respectfully request that the briefing schedule be ordered as set forth above.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440.2373

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 25th day of August, 2021.

LEWIS BRISBOIS BRISGAARD & SMITH, LLP

/s/ William M. Gantz
Adam J. Pernsteiner
Nevada Bar No.
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118

DUANE MORRIS LLP
William M. Gantz
Tyler Marandola
*Attorneys for Defendant 888 Holdings PLC*

DATED this 25th day of August, 2021.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ W. West Allen
W. West Allen
Nevada Bar No.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169

ARNOLD & PORTER KAYE SCHOLER LLP

Evan M. Rothstein
*Attorneys for Defendants Bwin.Party Digital*
*Entertainment, PLC; Bwin.Party (USA), Inc.;*
*and Bwin.Party Entertainment (NJ), LLC*

DATED this 25th day of August, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C.

/s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

Robert F. Shaffer
James R. Barney
Anthony D. Del Monaco
Abdul Ghani Saad Hamadi
901 New York Avenue, NW
Washington, DC  20001-4413
*Attorneys for Plaintiffs CG Technology*
*Development, LLC, Interactive Games Limited,*
*and Interactive Games LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

_____
DATED

3