Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440-2373

Robert F. Shaffer (*admitted pro hac vice*)
robert.shaffer@finnegan.com
James R. Barney (*admitted pro hac vice*)
james.barney@finnegan.com
Anthony D. Del Monaco (*admitted pro hac vice*)
anthony.delmonaco@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone: 202.408.4000
Fax:  202.408.4400
*Attorneys for Plaintiffs CG Technology Development, LLC;
Interactive Games Limited; and Interactive Games LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS, PLC,<br><br>Defendant. | Case No.:  2:16-cv-00856-RCJ-EJY<br><br>*Member Case:*<br>2:16-cv-00871-RCJ-EJY<br><br>**MOTION TO WITHDRAW ATTORNEYS ABDUL GHANI SAAD HAMADI AND SCOTT ARTHUR ALLEN AS COUNSEL OF RECORD FOR PLAINTIFFS AND TERMINATE ELECTRONIC NOTICE** |

Pursuant to LR IA 11-6, Plaintiffs CG Technology Development, LLC, Interactive Games Limited and Interactive Games, LLC (collectively, "Plaintiffs"), by and through undersigned counsel, hereby moves this Court to withdraw attorneys Abdul Ghani Saad Hamadi and Scott Arthur Allen as counsel of record for Plaintiffs as they have both left the firm.

Plaintiffs are currently represented by Molly M. Rezac of the law firm of Ogletree,

Deakins, Nash, Smoak & Stewart, P.C. and also by Robert F. Shaffer, James R. Barney and Anthony D. Del Monaco of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.  As such, removal of Mr. Hamadi and Mr. Allen from this action will not result in any delay of discovery, the trial, or any hearing set in this case.

Counsel also requests that Mr. Hamadi and Mr. Allen be removed from the CM/ECF service list for this matter.

DATED this 19th day of October, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


/s/ *Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV  89501

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

Robert F. Shaffer
James R. Barney
Anthony D. Del Monaco
901 New York Avenue, NW
Washington, DC  20001-4413
*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:  October 19, 2021**

2