1  LAUREEN P. FRISTER, ESQ.
   Nevada Bar No. 13217
2  E-Mail: Laureen.Frister@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Blvd., Ste. 600
   Las Vegas, NV 89118
4  Telephone: 702.893.3383
   Fax: 702.893.3789
5
   WILLIAM M. GANTZ, ESQ. (*admitted pro hac vice*)
6  Massachusetts Bar No. 568429
   Email: BGantz@duanemorris.com
7  DUANE MORRIS LLP
   100 High Street, Suite 2400
8  Boston, MA 02110
   Telephone: 857.488.4234
9  Fax: 857.401.3026

10 TYLER R. MARANDOLA, ESQ. (*admitted pro hac vice*)
   Pennsylvania Bar No. 313585
11 Email: TMarandola@duanemorris.com
   DUANE MORRIS LLP
12 30 S. 17th Street
   Philadelphia, PA 19103
13 Telephone: (215) 979-1529

14 *Attorneys for Defendant 888 Holdings, PLC*

15

16 **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

17

| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC | Case No.: 2:16-cv-00856-RCJ-EJY |
|---|---|
| Plaintiffs, | Member Case: 2:16-cv-00871-RCJ-GWF |
| v. | **MOTION TO WITHDRAW ATTORNEY ADAM PERNSTEINER AS COUNSEL OF RECORD FOR DEFENDANT AND TERMINATE ELECTRONIC NOTICE** |
| 888 HOLDINGS, PLC, | |
| Defendant. | |

25    COMES NOW DEFENDANT 888 HOLDINGS, PLC ("Defendant"), by and through its
26 counsel of record, LEWIS BRISBOIS BISGAARD & SMITH LLP and DUANE MORRIS LLP, and
27 hereby requests that Adam Pernsteiner, Esq. be removed from the caption and list of counsel to be
28 noticed in the above-entitled matter.

4889-4501-1466.1

Adam Pernsteiner, Esq. is no longer with the firm of LEWIS BRISBOIS BISGAARD & SMITH LLP. Given the remaining attorneys at LEWIS BRISBOIS BISGAARD & SMITH LLP who have appeared on behalf of Defendant, no party will be prejudiced by this counsel's withdrawal.

Dated this 3rd day of February, 2022.

Respectfully submitted,

 /s/ Laureen P. Frister
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
LEWIS BRISBOIS BISGAARD & SMITH LLP

WILLIAM M. GANTZ, ESQ. (*admitted pro hac vice*)
Massachusetts Bar No. 568429
DUANE MORRIS LLP

TYLER R. MARANDOLA, ESQ. (*admitted pro hac vice*)
Pennsylvania Bar No. 313585
DUANE MORRIS LLP

*Attorneys for Defendant 888 Holdings PLC*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 3, 2022