Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440-2373

Robert F. Shaffer (*admitted pro hac vice*)
robert.shaffer@finnegan.com
James R. Barney (*admitted pro hac vice*)
james.barney@finnegan.com
Anthony D. Del Monaco (*admitted pro hac vice*)
anthony.delmonaco@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Telephone:  202.408.4000
Fax:  202.408.4400

*Attorneys for Plaintiffs CG Technology Development, LLC;
Interactive Games Limited; and Interactive Games LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS, PLC,<br><br>Defendant. | Case No.:  2:16-cv-00856-RCJ-EJY<br><br>*Member Case:*<br>2:16-cv-00871-RCJ-EJY<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs CG Technology Development, LLC, Interactive Games Limited and Interactive Games LLC (collectively, the "Plaintiffs") and Defendants Bwin.Party Digital Entertainment, PLC, Bwin.Party (USA), Inc.; and Bwin.Party Entertainment (NJ), LLC (the "Defendants", and collectively with the Plaintiffs, the "Parties" and each a "Party"), pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate as to paragraphs 1-4, as follows:

1. The Court has jurisdiction over the subject matter of the matter entitled *CG Technology Development, LLC, et al. v. Bwin Party Digital Entertainment, PLC*, Case No. 2:16-cv-00871-RCJ-EJY (the "Action") and over the Parties in this Action;

2. The above-captioned Action, including all claims or counterclaims brought or raised by the Plaintiffs or Defendants in this Action, is dismissed *with* prejudice;

3. Plaintiffs stipulate that Defendants and their Accused Products do not infringe U.S. Patent No. 8,814,664; and

. . .

4. Each Party will bear its own costs and attorneys' fees incurred in this Action only.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 18th day of March, 2022. | DATED this 18th day of March, 2022. |
| ARNOLD & PORTER KAYE SCHOLER LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C. |
| /s/ *Evan M. Rothstein* | /s/ *Molly M. Rezac* |
| Evan M. Rothstein<br>370 Seventeenth Street<br>Ste. 4400<br>Denver, CO  80202 | Molly M. Rezac<br>Nevada Bar No. 7435<br>200 S. Virginia Street, 8th Floor<br>Reno, NV  89501 |
| W. West Allen<br>Nevada Bar No.5566<br>HOWARD & HOWARD ATTORNEYS PLLC<br>3800 Howard Hughes Parkway<br>Suite 1000<br>Las Vegas, NV  89169 | Robert F. Shaffer<br>James R. Barney<br>Anthony D. Del Monaco<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 |
| *Attorneys for Defendants Bwin.Party Digital Entertainment, PLC; Bwin.Party (USA), Inc.; and Bwin.Party Entertainment (NJ), LLC* | *Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC* |

IT IS SO ORDERED.

**ORDER**

_____
U.S. DISTRICT COURT JUDGE

_____
DATE  March 29, 2022.