Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775.440-2373

Robert F. Shaffer (*admitted pro hac vice*)
robert.shaffer@finnegan.com
James R. Barney (*admitted pro hac vice*)
james.barney@finnegan.com
Anthony D. Del Monaco (*admitted pro hac vice*)
anthony.delmonaco@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202.408.4000
Fax: 202.408.4400
*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>888 HOLDINGS, PLC,<br><br>Defendant. | Case No.: 2:16-cv-00856-RCJ-EJY<br><br>*Member Case:*<br>2:16-cv-00871-RCJ-EJY<br><br>**ORDER TO DENY MOTION TO EXTEND TIME TO FILE MOTION FOR ATTORNEY'S FEES AS MOOT, RESOLVE ALL MATTERS AND CLOSE THE CASE** |

Plaintiffs CG Technology Development, LLC, Interactive Games Limited and Interactive Games LLC (collectively, "Plaintiffs") and Defendant 888 Holdings, PLC (the "Defendant", and collectively with the Plaintiffs, the "Parties" and each a "Party") hereby stipulate as follows:

1. The Court has jurisdiction over the subject matter of the matter entitled *CG Technology Development, LLC, et al. v. 888 Holdings, PLC,* Case No. 2:16-cv-00856-RCJ-EYJ ("Action") and over the Parties in this Action;

2. The Court entered final Judgment in this Action on March 1, 2022 (ECF No. 210);

3. Defendant filed a Motion to Extend Time (First Request) to File a Motion for Attorney's Fee on March 10, 2022 (ECF No. 212);

4. The Parties have resolved this matter and the Parties agree that Plaintiffs will not file any post-trial motion or appeal from the Court's Judgment or any other appeal in this Action and Defendants will not file a motion for attorneys' fees or any other post-trial motion;

5. Defendant's Motion to Extend Time to File a Motion for Attorney's Fee (First Request) shall be denied as moot;

6. Each Party will bear its own costs and attorneys' fees incurred in this action.

IT IS SO STIPULATED.

DATED this 14th day of March, 2022.

By: /s/ William M. Gantz
William M. Gantz (*pro hac vice*)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110

Laureen P. Frister
Nevada Bar No. 13217
LEWIS BRISBOIS BRISGAARD & SMITH, LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118

Tyler R. Marandola (*pro hac vice*)
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103

*Attorneys for Defendant 888 Holdings, PLC*

By: /s/ Molly M. Rezac
Molly M. Rezac
Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501

Robert F. Shaffer (*pro hac vice*)
James R. Barney (*pro hac vice*)
Anthony D. Del Monaco (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

*Attorneys for Plaintiffs CG Technology Development, LLC, Interactive Games Limited, and Interactive Games LLC*

### ORDER

IT IS SO ORDERED.

_____
US DISTRICT COURT JUDGE

_____
DATED March 29, 2022